UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM MEDITZ

        Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.

Civil Action No.: 1:18-cv-07410-VSB

STIPULATION OF DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff William Meditz and counsel for Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

FLYNN & WIETZKE, P.C.

By: _____
Marc Wietzke, Esq.
Attorneys for Plaintiff
**WILLIAM MEDITZ**
Flynn & Wietzke, P.C.
1205 Franklin Avenue, Ste 370
Garden City, NY 11530
(516) 877-1234

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Rachel S. Rubenstein, Esq.
Attorneys for Defendant
**NATIONAL RAILROAD PASSENGER CORPORATION**
One Gateway Center, Fourth Floor
Newark, NJ 07102
(973)-623-2700

So Ordered:_____

4849-2164-4959v.1